# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HECTOR PEREZ

NO. 2019 KW 0946

SEP 3 0 2019

---

In Re:  Hector Perez, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 472557.

---

BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.

WRIT DENIED.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT